IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TRAVIS SENTALE PIERCE,** | : | |
| **Plaintiff,** | : | |
| VS. | : | NO. 5:23-CV-30-MTT-MSH |
| **JOEL COCHRAN;** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

Plaintiff Travis Sentale Pierce, a prisoner in Washington State Prison in Davisboro, Georgia, filed a 42 U.S.C. § 1983 action. ECF No. 1. He failed to use the Court's required 42 U.S.C. § 1983 form. He also moved to proceed in *in forma pauperis* but failed to use the required forms. ECF No. 2. On January 6, 2023, the Court ordered Plaintiff to recast his complaint and move to proceed without prepayment of the filing fee using the Court's forms. ECF No. 7. Plaintiff failed to respond to the Order. The Court, therefore, ordered Plaintiff to show cause why his case should not be dismissed for failure to follow the Court's January 26, 2023 Order. ECF No. 8. Plaintiff failed to respond to the show cause order.

Due to Plaintiff's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Ctny. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The

court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 28th day of March, 2023.

S/ Marc T. Treadwell  
MARC T. TREADWELL, CHIEF JUDGE  
UNITED STATES DISTRICT COURT